ACCEPTED
01-15-00253-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 12:12:02 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00253-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 12:12:02 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR THE
FIRST JUDICIAL DISTRICT OF TEXAS AT HOUSTON

_____

In the Interest of K.M-J aka K.M.J. and D.A.R.

_____

H.J. [mother], Appellant

v.

Department of Family & Protective Services, Appellee

_____

On appeal from the 314th Judicial District
of Harris County, Texas; No. 2012-06289J

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Department of Family & Protective Services [hereinafter "Department"], Appellee, files this motion for extension of time as follows:

1.  Background: The above referenced appeal is from a judgment that terminated parental rights on a suit filed by the Department, and is subject to acceleration under Sections 109.002 and 263.405 of the Family Code. Tex. Fam. Code Ann. §109.002 and §263.405 (West 2008). Pursuant to extensions granted by this court, Appellant's Brief was filed on June 2, 2015. Applying the applicable accelerated deadline, Appellee's Brief became due June 22, 2015.

2.  <u>First Extension</u>:  This is the Department's first request for an extension of time in this case.

3.  <u>Request for Extension of Time Due to Personal Issues, and Heavy Work Demands in Other Accelerated Matters</u>:  The undersigned attorney was unable to meet the due date for filing Appellee's Brief in this case, because the undersigned attorney needed to take a substantial amount of time off from work to assist a brother who suffered medical conditions that required several hospitalizations in May and June.  Unfortunately, medical interventions were unsuccessful and the undersigned attorney's brother passed away June 10, 2015.  Moreover, since the death of the undersigned attorney's brother, the undersigned attorney has been suffering from her own medical issues and was advised by her doctor to not work June 30, 2015 to July 6, 2015 while she undergoes treatment.

In addition to these personal matters, since the filing of Appellant's Brief in this case the undersigned attorney has had other competing accelerated matters that have prevented the completion of the responsive brief in this matter including (1) the preparation of an Appellee's Brief in *In re M.M.Y.P,* No. 01-15-00258-CV; and (2) an Appellee's Brief in *In re D.L.D., Jr., L.L.S., J.J.S., H.N.S.*, No. 01-15-00160-CV. These issues together delayed the undersigned attorney's ability to timely file Appellee's Brief in this case.

WHEREFORE, PREMISES CONSIDERED, the Department requests that this court allow the undersigned attorney to file the Department's Appellee's brief in this matter on or before twenty days after the due date, or by July 13, 2015, and for such other and further relief to which it may be entitled in law or in equity.

Respectfully submitted,

VINCE RYAN
HARRIS COUNTY ATTORNEY

**/s/ *Sandra D. Hachem***
Sandra D. Hachem
Sr. Assistant County Attorney
State Bar #08667060
1019 Congress, 17th Floor
Houston, Texas 77002
Phone: 713/274-5293
Fax: 713/437-4700
Email: sandra.hachem@cao.hctx.net

Attorney for Appellee,
Department of Family &
Protective Services

## CERTIFICATE OF CONFERENCE

This is to certify that reasonable efforts were made to confer with all parties regarding the merits of this motion. The attorney for the appellant does not oppose this motion.

**/s/ *Sandra D. Hachem***
Sandra D. Hachem

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of July 2015 a true and correct copy of this motion for extension of time was sent to all parties to this appeal by sending

3

a copy by electronic transmission to the Appellant care of her attorney of record William Thursland at his email address of wmthursland@hotmail.com.

/s/ *Sandra D. Hachem*
Sandra D. Hachem